IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-602-jdp

v.

MR. STEINKE,

    Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                                         1/7/2016

Peter Oppeneer, Clerk of Court                             Date